1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; KINGS ROAD MUSIC; SONY/ATV SONGS LLC; GREGMARK MUSIC, INC.; LORD AND WALKER PUBLISHING; ARC MUSIC CORP.; EMI VIRGIN SONGS, INC. D/B/A EMI LONGITUDE MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>CMPG FRIENDS, INC. D/B/A WINCHESTER INN AND PATRICIA ANN BOGGS, INDIVIDUALLY,<br><br>Defendants. | Case No. EDCV 13-01649-VAP (SPx)<br><br>**JUDGMENT** |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Broadcast Music, Inc., Songs of Universal, Inc., Kings Road Music, Sony/ATV Songs LLC, Gregmark Music, Inc., Lord and Walker Publishing, ARC Music Corp., EMI Virgin

Songs, Inc. (collectively, "Plaintiffs") against Defendants CMPB Friends, Inc., and Patricia Ann Boggs (collectively, "Defendants").

Pursuant to this Judgment, Defendants, jointly and severally, are ORDERED to pay Plaintiffs damages in the amount of $15,000, plus $5,000 in attorneys' fees and $558.09 in costs, for a total of $20,558.09, plus any post-judgment interest as provided by 28 U.S.C. § 1961 from the date of entry of judgment in this action. Furthermore, the Court ORDERS that Defendants and their agents, servants, employees, and all persons acting under their permission or authority are permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Plaintiff Broadcast Music, Inc.

April 25, 2014 _____
                                VIRGINIA A. PHILLIPS
                              United States District Judge