O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; KINGS ROAD MUSIC; SONY/ATV SONGS LLC; GREGMARK MUSIC, INC.; LORD AND WALKER PUBLISHING; ARC MUSIC CORP.; EMI VIRGIN SONGS, INC. D/B/A EMI LONGITUDE MUSIC,<br><br>  Plaintiff,<br><br>    v.<br><br>CMPB FRIENDS, INC. D/B/A WINCHESTER INN AND PATRICIA ANN BOGGS, INDIVIDUALLY,<br><br>  Defendants. | Case No. EDCV 13-01649-VAP (SPx)<br><br>**ORDER ASSIGNING RIGHTS TO PAYMENT OF MONEY DUE OR TO BECOME DUE**<br><br>**[Motion filed on October 21, 2014]** |

Before the Court is a Federal Rule of Civil Procedure 69 motion, ("Motion," Doc. No. 24), to enforce a default judgment in this copyright case.  Plaintiffs Broadcast Music, Inc.; Songs of Universal, Inc.; Kings Road Music; Sony/ATV Songs LLC; Gregmark Music, Inc.; Lord and Walker Publishing; Arc Music Corp.; and EMI Virgin Songs, Inc,

(collectively "Broadcast") sued CMPB Friends, Inc. d/b/a Winchester Inn, and Patricia Ann Boggs (collectively "Inn") because the Inn plays copyrighted music without permission. (Compl., Doc. No. 1.) The Court entered default judgment on April 25, 2014 against the Inn in the amount of $20,558. (Doc. Nos. 19-20.)

The Motion seeks an order assigning to Broadcast the right to payments due to be payed to the Inn from certain credit card companies. (Mot. at 1-2.)

The Motion is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; Local R. 7-15. After considering the papers filed by Broadcast -- the Inn did not file an Opposition -- the Court GRANTS the Motion.

IT IS ORDERED:

1. That the following rights to payment of Judgment Debtors, CMPB Friends, Inc. d/b/a the Winchester Inn and Patricia Ann Boggs, be, and hereby are, assigned to the Judgment Creditors, Broadcast Music, Inc.; Songs of Universal, Inc.; Kings Road Music; Sony/ATV Songs LLC; Gregmark Music, Inc.; Lord and Walker Publishing; Arc Music Corp.; and EMI Virgin Songs, Inc, until such time as the judgment herein is fully satisfied or this order is amended: payments of money due or to become due from

or through any merchant bank processing credit card payments under the name "Visa"; "Mastercard"; "American Express"; "Discover"; and "Diner's Club International" (together the "Credit Card Companies"); and

2. That the Credit Card Companies pay any money due or to become due to the Inn to Broadcast, to be applied to the judgment herein until such judgment is fully satisfied or this order is amended. Payment shall be made to "Aires Law Trust Account fbo Broadcast Music Inc." at 180 Newport Center Drive, Suite 260, Newport Beach, California 92660.

NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR TO BEING HELD IN CONTEMPT OF COURT.

Dated: Dec. 1 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge